# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

**CIVIL NO. 5:07cv025**

| | |
|---|---|
| **RICKY LYNN BOYD,** ) | |
| ) | |
|    **Plaintiff** ) | |
| ) | |
| v ) | |
| ) | |
| **MATTHEW GALLOWAY BAIRD and** ) | |
| **DONNA DULA SMITH, also known as** ) | |
| **DONNA DULA LAWS, and GREAT** ) | |
| **AMERICAN INSURANCE COMPANY** ) | |
| **OF NEW YORK, GREAT AMERICAN** ) | **ORDER** |
| **INSURANCE COMPANY,** ) | |
| **DEFENDANTS TRADING AND** ) | |
| **DOING BUSINESS AS GREAT** ) | |
| **AMERICAN INSURANCE GROUP,** ) | |
| **and INFINITY INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
|    **Defendants.** ) | |

THIS MATTER came on to be heard before the undersigned, pursuant to the court's Order (#11) setting this matter on for status and to review the pleadings in this matter. During the hearing, a proposed Certification and Report of Rule 26(f) Conference and Discovery Plan was presented to the undersigned. It was further represented to the undersigned that proof of service as to the defendants would be filed by December 1, 2007. As a result of these representations, the undersigned enters the following order.

## ORDER

    1.    That the proposed Certification and Report of Rule 26(f) Conference and Discovery Plan shall be filed herein and the undersigned has therefrom modified and adjusted the scheduling issues in this matter and has entered a Pretrial Order and Case Management Plan.

2. That plaintiff's counsel shall file with the Clerk documents showing service of all summons upon all defendants upon whom the defendants have obtained service of process, said filings to be made on or before December 1, 2007.

3. That all other issues in this matter have been resolved to the satisfaction of the court.

Signed: November 19, 2007

Dennis L. Howell
United States Magistrate Judge